FILED'06 NOV 01 16:09USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PRIMERICA LIFE INSURANCE CO.,

                Plaintiff,

v.

DEBORAH ROSS, et al.,

                Defendants.

No. CV06-763-PK

OPINION AND ORDER

**MOSMAN, J.,**

On October 12, 2006, Magistrate Judge Papak issued Findings and Recommendation ("F&R") (#23) in the above-captioned case recommending plaintiff's motion for summary judgment (#8) and that plaintiff's request for attorney's fees and costs be addressed upon the filing of a separate motion. No objections were filed.

The magistrate judge makes only recommendations to the court, to which any party may file written objections. The district court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. Where objections have been made, I conduct a *de novo* review. 28 U.S.C. § 636(b)(1)(C). However, I am not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge to which no objections are made. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

PAGE 1 - OPINION AND ORDER

Upon review, I agree with Judge Papak' recommendation, and I ADOPT the F&R as my own opinion.

IT IS SO ORDERED.

DATED this 1st day of November, 2006.

*Michael W. Mosman* (signature)
MICHAEL W. MOSMAN
United States District Court

PAGE 2 - OPINION AND ORDER